**Order entered June 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00253-CV

**DOROTHEA LASTER, Appellant**

**V.**

**SHARON THOMAS, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316**

## ORDER

We **GRANT** appellant's June 15, 2015 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than June 22, 2015.

/s/     CRAIG STODDART
           JUSTICE